UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THOMAS BRYANT, JR. | ) | INDICTMENT NO. CR497-00182-001 |

## ORDER

On November 19, 1997, Defendant was convicted by jury of conspiracy to aid and abet the distribution of cocaine, two counts of attempt to aid and abet the distribution of cocaine, selling a stolen firearm, providing a firearm to a convicted felon, distribution of cocaine, and carrying a firearm during a drug trafficking crime. On January 28, 1998, this Court sentenced Defendant to a total term of life plus 300 months imprisonment.

On March 3, 2008, Defendant filed a motion pursuant to 18 U.S.C. § 3582(c)(2) requesting that the Court reduce his term of imprisonment pursuant to a November 1, 2007, amendment to Section 2D1.1 of the sentencing guidelines with respect to cocaine base penalties. The Court points out that Defendant's sentence was based solely on quantities of cocaine hydrochloride and not cocaine base; therefore, the provisions of the amendment do not apply to Defendant's case.

Based on the aforementioned, Defendant's motion is hereby **DENIED**.

**SO ORDERED**, this 13th day of March, 2008.

B. Avant Edenfield
United States District Judge
For the Southern District of Georgia