IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA      *
                              *
v.                            *    CR 497-182-1
                              *
THOMAS BRYANT, JR.             *

O R D E R

Presently before the Court is Defendant's "Motion For Compassionate Release." Upon due consideration, this motion (doc. 259) is **DENIED** for the reasons stated in the Government's response in opposition filed on September 23, 2019.

**ORDER ENTERED** at Augusta, Georgia, this 2nd day of October, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA